UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:15-CR-204-H

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | MOTION TO SEAL DE #49 |
| RANDY LYNCH, | ) | |
| | ) | |
| Defendant. | ) | |

For good cause shown, it is hereby ORDERED that the Defendant's motion to seal proposed sealed document Docket Entry #49 is GRANTED.

This the 16th day of February 2016.

_____
MALCOLM J. HOWARD
Senior United States District Judge
Eastern District of North Carolina