IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-00204-H

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| RANDY LYNCH | : |

**ORDER OF FORFEITURE**

WHEREAS, pursuant to the entry of the Memorandum of Plea Agreement entered into by the defendant, Randy Lynch, on November 9, 2015, and a Consent to Forfeiture on July 11, 2016, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853 and 18 U.S.C. § 924(d)(1), to wit: a) $381,550 in proceeds; (b) One North American Arms, .22 caliber magnum handgun, serial number: E042175; and, (c) one Sig Sauer .380 caliber handgun, serial number: 27A214669; and

WHEREAS, by virtue of said Memorandum of Plea Agreement and the defendant's agreement therein and in the Consent to Forfeiture, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Memorandum of Plea Agreement as to the defendant, Randy Lynch, the United States is hereby

1

authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(4)(A), this Order is now final as to the defendant.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(4)(B).

SO ORDERED. This 26th day of July 2016.

MALCOLM J. HOWARD
Senior United States District Judge

2

Case 5:15-cr-00204-H   Document 67   Filed 07/26/16   Page 2 of 2