UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-204-1H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| RANDY LYNCH | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 82 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and the Defendant.

This the 18th day of September, 2018.

_____
MALCOLM J. HOWARD
Senior United States District Judge