UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Randy Lynch                                       Docket No. 5:15-CR-204-1FL

**Petition for Action on Supervised Release**

COMES NOW Marisa D. Watson, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Randy Lynch, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 5 Kilograms or More of Cocaine, in violation of 21 U.S.C. § 846 and 21 U.S.C. § 841(b)(1)(A), was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 10, 2016, to the custody of the Bureau of Prisons for a term of 96 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Randy Lynch was released from custody on April 22, 2022, at which time the term of supervised release commenced. On December 13, 2022, this case was reassigned to U.S. District Judge Louise W. Flanagan.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant has agreed to participate in a cognitive behavioral program to enhance critical thinking skills and improve his ability to make positive decisions for his life. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Maurice J. Foy | /s/ Marisa D. Watson |
| Maurice J. Foy | Marisa D. Watson |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: 919-861-8690 |
| | Executed On: December 14, 2022 |

Randy Lynch
Docket No. 5:15-CR-204-1FL
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __21st__ day of __December__, 2022, and ordered filed and made a part of the records in the above case.

*Louise V. Flanagan*
Louise W. Flanagan
U.S. District Judge